IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil No. 13-1051 |
| A 2008 FORD F-150<br>    VIN #1FTRW14588FA73319,<br>    Defendant | )<br>)<br>)<br>) |

## DEFAULT JUDGMENT OF FORFEITURE

This matter comes before the Court on the Motion for Default Judgment of Forfeiture filed by the United States of America and, finding that the relief sought by such motion has merit and should be granted, the Court further finds and adjudicates as follows:

1. The Complaint for Forfeiture *in Rem* in this matter was filed on June 19, 2013, alleging that the Defendant Property should be forfeited to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

2. Subsequently, on June 21, 2013, a copy of the Complaint for Forfeiture and Notice of Forfeiture Action was served by certified mail, return-receipt requested, upon Carlos Beavers as noted in the Affidavit of Service filed on July 1, 2013.

3. On July 17, 2013, a copy of the Complaint for Forfeiture and Notice of Forfeiture Action was served by email upon Ford Motor Credit Company. They have asserted they have a security interest in the Defendant Property.

4. Additionally, notice of this civil forfeiture action against the Defendant Property was published for 30 consecutive days on an official Government internet site (www.forfeiture.gov) beginning on June 21, 2013, as evidenced by the Proof of

Publication filed with this court on July 22, 2013.

5. The notice informed Carlos Beavers, Ford Motor Credit Company, and any other persons or entities, known or unknown, claiming an interest in the Defendant Property, that the Defendant Property had been arrested, that this civil forfeiture action was pending, that they had at least thirty-five (35) days from receipt of notice to file a claim and twenty (20) days after filing the claim to answer. Further, for guidance in the preparation of a claim and answer, the notice referred any such persons or entities to Rule G(5) of the Supplement Rules of Admiralty and Maritime Claims, and warned that if this rule was not followed a default judgment of forfeiture would be rendered.

6. The United States of America took all reasonable measures to ensure that Carlos Beavers, Ford Motor Credit Company and any other possible claimant received such notice in a timely fashion. To this date, however, Carlos Beavers nor any other person or entity has filed a claim or answer. Therefore, Carlos Beavers and any other possible claimants are in total default, the Entry of Default made by the Clerk was entirely proper, and the United States of America is entitled to a default judgment of forfeiture, all without the necessity of any further notice to Carlos Beavers or any other person or entity.

7. As to the lien of Ford Motor Credit Company, the potential claimant and the United States wish to fully settle their claims in this matter. Both parties consent to the entry of this order by affixing their signature hereto.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

A. The United States of America is hereby given a default judgment of forfeiture against the defendant property described below:

**2008 FORD F-150, VIN #1FTRW14588FA73319**

and against the interest therein of Carlos Beavers and any and all persons or entities having or claiming an interest in the defendant property, but subject to the security interest of Ford Motor Credit Company until such time as it is satisfied;

B. The United States, by affixing their signature hereto, recognizes the continuing security interest of Ford Motor Credit Company on the forfeited vehicle which stands at the amount of $7,553.76 as of June 11, 2013 in the Account ending in 43535978.

C. Title to the defendant property is hereby vested in the United States of America and any other administrative claims or interests therein of any persons or entities, including Carlos Beavers are hereby cancelled; and

D. The Defendant property is referred to the custody of the United States Marshal Service for disposition in accordance with law and regulations;

IT IS SO ORDERED this 6th day of November, 2013.

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

NOV 06 2013

CHRIS R. JOHNSON, Clerk
By _____ Deputy Clerk

_____
UNITED STATES DISTRICT JUDGE

Reviewed and consented to by:

_____
Ben Wulff, Assistant U.S. Attorney

_____
Michelle Trepp SRU for Ford Motor Credit Co.

TRACY L. VANDER LINDEN
NOTARY PUBLIC ARIZONA
PINAL COUNTY
My Commission Expires
December 26, 2016